CHARLES H. HENTHORN, APPELLEE, v. ROYAL HIGHLANDERS ET AL., APPELLANTS.

FILED JULY 19, 1922. No. 22060.

APPEAL from the district court for Hamilton county: EDWARD E. GOOD, JUDGE. *Affirmed.*

*Hainer, Craft & Lane, Miles M. Dawson* and *O. B. Clark,* for appellants.

*Thomas, Vail & Stoner, contra.*

Heard before MORRISSEY, C. J., ROSE, DEAN, ALDRICH, DAY and FLANSBURG, JJ.

FLANSBURG, J.

This was an action brought by plaintiff, Henthorn,

against the Royal Highlanders, a fraternal beneficiary association, to recover an instalment upon a "pioneer certificate," under a provision providing for the payment of endowments. The trial court entered judgment in favor of the plaintiff. The defendant and interveners appeal.

The questions are the same as have been covered in the case of *Kennedy v. Royal Highlanders,* p. 24, *post,* and the decision there is controlling in this case.

The judgment of the lower court is therefore

AFFIRMED.